THE STATE OF OHIO, APPELLEE, *v.* ZERLA, APPELLANT.

[Cite as *State v. Zerla* (1996), 74 Ohio St.3d 457.]

(No. 95–1687—Submitted January 9, 1996—Decided February 7, 1996.)

*Michael Miller*, Franklin County Prosecuting Attorney, and *Steven L. Taylor*, Assistant Prosecuting Attorney, for appellee.

*Terrance E. Zerla, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its memorandum decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.